**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Application of<br><br>XP Investimentos CCTVM S.A.,<br><br>Applicant,<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in Foreign Criminal Proceedings Pending in the Federative Republic of Brazil. | ) | C.A. No. 1:25-cv-00923-~~UNA~~ GBW |

**[PROPOSED] ORDER GRANTING XP INVESTIMENTOS CCTVM S.A.'S *EX PARTE* PETITION FOR JUDICIAL ASSISTANCE IN AID OF FOREIGN CRIMINAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

THIS CAUSE came before the Court the *Ex Parte* Petition for Judicial Assistance in Aid of Foreign Criminal Proceedings pursuant to 28 U.S.C. § 1782 (the "Petition") of XP Investimentos CCTVM S.A. ("XP Investimentos"). The Court has considered the Petition, the Declaration of Rodrigo Falk Fragoso in support of the Petition, and other supporting materials. The Court finds as follows:

A. XP Investimentos has met the statutory requirements set forth in 28 U.S.C. § 1782 to obtain the requested judicial assistance sought in the Petition, and the discretionary factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Petition.

B. XP Investimentos seeks documentary and testimonial evidence from a discovery target that resides or is found in this District, for use in the prosecution of ongoing criminal proceedings in Brazil (the "Brazilian Criminal Proceedings").

C. The discovery target is Grizzly Research LLC (the "Discovery Target").

D. As a complainant in the Brazilian Criminal Proceedings, XP Investimentos is an

interested person within the meaning of 28 U.S.C. § 1782.

E. XP Investimentos intends to use the discovery obtained by way of this Petition to support the prosecution of the Brazilian Criminal Proceedings.

F. The Discovery Target is not expected to (and legally cannot pursuant to Brazilian law) become a party or participant in the Brazilian Criminal Proceedings and is outside the jurisdiction of Brazilian criminal authorities.

G. Furthermore, there is no indication that the Brazilian authorities would not be receptive to the assistance by this Court to obtain the requested discovery, nor does the Petition present any circumvention of Brazilian proof-gathering restrictions. Finally, the discovery sought is not unduly intrusive or burdensome.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. XP Investimentos' Petition is **GRANTED**.

2. Any discovery taken pursuant to this Order, and any related motion practice, shall be governed by the Federal Rules of Civil Procedure.

3. XP Investimentos is hereby authorized to issue and serve a subpoena on the Discovery Target that is substantially similar in form to the subpoena attached to the Petition. XP Investimentos is further authorized to serve additional follow-up subpoenas on the Discovery Target or any person, corporate entity, or financial institution found residing in this District as may be necessary to obtain the testimonial and/or documentary evidence described in the Petition.

4. The Discovery Target may seek appropriate relief from the Court, including relief related to the Petition, the subpoena, and this Order.

5. The Discovery Target is ordered to preserve all relevant and potentially relevant evidence in its possession, custody or control until further order of this Court.

6. Nothing in this Order shall be construed to prevent XP Investimentos from seeking modification of this Order.

IT IS SO ORDERED, this 1st day of August, 2025.

UNITED STATES DISTRICT COURT JUDGE