IN THE UNITED STATES DISTRICT COURT

For the District of Delaware

In re: Letter Request from XP Investimentos CCTVM S.A.

    Plaintiff,                     Civil Action No. 1:25-cv-00923-GBW

v.

    Defendant.

## AFFIDAVIT OF CORPORATE SERVICE

I, Sean Boykevich, of the State of Delaware, County of Kent, being duly sworn, says that on the 5th day of August 2025, I personally served a Letter, Order, Subpoena for Documents and Subpoena for Deposition with a $40.00 witness fee check and a $ 67.90 mileage check upon **GRIZZLY RESEARCH LLC** by serving the registered agent known as United Corporate Services, Inc. located at the address of 800 North State Street, Suite 304, Dover, DE 19901

Name of individual served: Jane Lane at 3:17 pm

Description of individual: Caucasian female, approximately 50-55 years old with brown hair, 5'7 in height and 220 lbs.

_____
Sean Boykevich
Parcels Inc.
1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 5th day of August 2025
_____
Notary Public
My commission expires:

SHELLY RAE MILES
NOTARY PUBLIC
STATE OF DELAWARE
KENT COUNTY
20231113000003
My Commission Expires December 2, 2025